UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUY W. PARKER, <br><br> Defendant. | 2:08-cv-1200-LDG-LRL <br><br> **ORDER** |

By order dated September 24, 2009 (#65), this court granted the United States' cross motion for summary judgment. Defendant Parker has filed a motion pursuant to Fed. R. Civ. P. 60(b) to reconsider the order (#69, response #73, reply #75), and the United States has filed a motion to voluntarily dismiss with prejudice its second claim (#66, response #74, reply #76). In his motion for reconsideration, Parker reargues whether a final decision was issued, and whether he failed to timely appeal to either the board of contract appeals or the Claims Court. Because Parker raises no grounds for Rule 60 relief from the court's order, his motion will be denied. Furthermore, in his response to the United States' motion to dismiss its second claim, Parker repeats his arguments going to the merits, and does not assert any grounds in opposition to the motion. Accordingly, good cause appearing, the court will grant the United States' motion to voluntarily dismiss with prejudice its second claim.

THE COURT HEREBY ORDERS that defendant Parker's motion for reconsideration (#69) is DENIED.

1  THE COURT FURTHER ORDERS that the United States' motion to dismiss second
claim (#66) is GRANTED.

DATED this 23 day of September, 2010.

_____
Lloyd D. George
United States District Judge