# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GUY W. PARKER,<br><br>    Defendant. | 2:08-cv-1200-LDG-LRL<br><br>**ORDER** |

    Defendant Parker has filed a notice of transfer request to the Southern District of California (#106, response #107).  Parker argues that because the United States did not file a notice pursuant to 28 U.S.C. § 3004 before enforcement hearings are conducted, the court has not authority to conduct the show cause contempt hearing scheduled for Monday, December 12, 2011, and "declines the opportunity to volunteer an appearance" before this court.   As the relief sought by the United States in the show cause contempt hearing does not involve that pertaining to § 3004 enforcement of a judgment, and because the scheduled contempt proceedings are not governed by the Federal Debt Collection Practices Act, the notice of transfer will be denied.  Parker should furthermore be advised that his willful non-appearance at the show cause hearing will invite heightened sanctions to be ordered by the court.  Accordingly,

    THE COURT HEREBY ORDERS that defendant's notice of transfer request (#106) is DENIED.

    DATED this ___5___ day of December, 2011.

    _____
    Lloyd D. George
    United States District Judge