2011 DEC 12 P 2: 15

DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   2:08-cv-1200-LDG-LRL |
| GUY W. PARKER, | ) |
| Defendant. | ) |

### ORDER OF CIVIL CONTEMPT AND SANCTIONS

This matter coming on to be heard on a Rule to Show Cause why defendant Guy Parker (Parker) should not be held in civil contempt of court, on December 12, 2011, Parker having failed to appear at the hearing despite having received notice from the Court of the date and time of the hearing,

IT IS HEREBY ORDERED:

1. The Court finds that Parker has committed contempt of court by failing and refusing to comply with the Order dated April 8, 2011 (#88), which compelled Parker to answer the post-judgment interrogatories served upon him by the plaintiff;

2. Parker was also ordered to pay the plaintiff's attorney's fees in the amount of $865.45 by an Order entered on November 3, 2011 (#101), by Magistrate Judge Ferenbach, but has failed to comply with that Order, and the Court hereby affirms that Order;

///

3. Parker shall pay a civil fine of $500 each day from the entry of this current Order until he purges himself of contempt by providing full and truthful responses to the United States' post-judgment interrogatories;

4. Parker may purge his contempt of court at any time by complying with the Order of April 8, 2011; and

5. If Parker fails to purge himself of contempt within ten days after the entry of this current Order, the plaintiff may seek further sanctions against Parker upon motion.

Dated: 12 Dec 2011

_____
UNITED STATES DISTRICT JUDGE