UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GUY W. PARKER,<br><br>   Defendant. | 2:08-cv-1200-LDG-LRL<br><br>**ORDER** |

By order dated September 24, 2009 (#65), this court granted the United States' motion for summary judgment. In its order, the court rejected Parker's contention that the contracting officer lacked authority, and determined that Parker had failed to raise an issue of fact regarding whether the contracting officer's decision was final. By order dated September 24, 2010 (#83), the court rejected Parker's motion for reconsideration based on the finality of the subject decision and Parker's failure to appeal it. On that date, the court also entered final judgment in favor of the United States (#84). On October 31, 2011, the court denied Parker's Rule 10(b)(4) motion to vacate final judgment for being void, and to dismiss for lack of jurisdiction (#96). The court has also found Parker in contempt of court and imposed sanctions for his failure to comply with the order of the court to answer post-judgment interrogatories (#112).

Parker has filed a notice of motion to vacate judgment to return GFP equipment, etc. (#102, response #103, reply #104), and a self-styled judicial notice of adjudicative fact Creech AFB

Predator MTT Equipment Inventory, etc. (#113). Parker's notice to vacate judgment is repetitive of his previous motion to vacate judgment which was previously denied by the court. Parker raises no other grounds of merit in support of his most recent motion to vacate judgment. Accordingly, it will be denied. In addition, Parker's notice to vacate judgment repeats claims previously made and rejected, and therefore will be denied. Parker's contemptuous conduct has yet to be purged, while at the same time he continues to seek redress from the court. If Parker files further papers containing repetitious or frivolous claims, the government may in its discretion file a motion for a pre-filing injunctive order and other sanctions against Parker as a vexatious litigant.

THE COURT HEREBY ORDERS that Parker's notice of motion to vacate judgment to return GFP equipment, etc. (#102), and a self-styled judicial notice of adjudicative fact Creech AFB Predator MTT Equipment Inventory, etc. (#113) are DENIED.

DATED this ____ day of December, 2011.

_____
Lloyd D. George
United States District Judge