DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUY W. PARKER, ) <br> ) <br> Defendant. ) <br> ) | Case No.   2:08-cv-1200-LDG-VCF |

## ORDER IMPOSING ADDITIONAL SANCTIONS

This matter coming on to be heard on a Rule to Show Cause why defendant Guy Parker (Parker) should not have additional coercive sanctions entered as a result of his civil contempt of court, on February 23, 2012, Parker having failed to appear at the hearing despite having received notice from the Court of the date and time of the hearing,

IT IS HEREBY ORDERED:

1. The Court finds that Parker continues to be in contempt of court by failing and refusing to comply with the Order dated April 8, 2011 (#88), which compelled Parker to answer the post-judgment interrogatories served upon him by the plaintiff, and in addition by (1) failing to comply with the Court's order requiring him to pay attorney's fees (#101), (2) failing to appear at the show-cause hearing held by the Magistrate Judge on February 13, 2012 (#111), and (3) failing to comply with the Court's Order requiring him to pay $500 per day until his contempt was purged (#112), all as certified by Magistrate Judge Ferenbach in his order dated

1  February 15, 2012 (#119);

2      3.    As a further coercive sanction, Parker shall be arrested pursuant to the Arrest Warrant issued by the Court on February 23, 2012, and he shall remain incarcerated until he purges himself of contempt by providing full and truthful responses to the United States' post-judgment interrogatories;

    4.    Parker may purge his contempt of court at any time by complying with the Order of April 8, 2011; and

    5.    Judgment is hereby entered in favor of the United States and against Parker in the amount of $32,365.45, as described in the Order of Magistrate Judge Ferenbach dated February 15, 2012 (#119).

Dated: 24 Feb 2012  _____
                              UNITED STATES DISTRICT JUDGE