DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                    Plaintiff,           )<br>                                                       )<br>v.                                                    )    Case No.    2:08-cv-1200-LDG<br>                                                       )<br>GUY W. PARKER,                       )<br>                                                       )<br>                    Defendant.        )<br>_____) | |

**GOVERNMENT'S MOTION FOR**
**ISSUANCE OF MODIFIED ARREST WARRANT**

Plaintiff the United States, by and through the United States Attorney for the District of Nevada, requests the Court to issue the modified Arrest Warrant attached hereto as Exhibit A, which contains clarifying language requested by the United States Marshal's Office. In support of its motion, the Government presents its attached memorandum of points and authorities.

Respectfully submitted this 2nd day of March, 2012.

                                            DANIEL G. BOGDEN
                                            United States Attorney


                              By    /s/
                                  ROGER W. WENTHE
                                  Assistant United States Attorney

1  DANIEL G. BOGDEN
   United States Attorney
2  ROGER W. WENTHE
   Assistant United States Attorney
3  Nevada Bar No. 8920
   333 Las Vegas Blvd. So., #5000
4  Las Vegas, Nevada  89101
   Ph: (702) 388-6336
5  Fax: (702) 388-6787

6  Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No.   2:08-cv-1200-LDG |
|  | ) |
| GUY W. PARKER, | ) |
|  | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**GOVERNMENT'S MOTION FOR**
**<u>ISSUANCE OF MODIFIED ARREST WARRANT</u>**

The Court has ordered that Defendant Guy Parker (Parker) is in civil contempt of court and that he shall be incarcerated until he purges himself of contempt, in an Order dated February 24, 2012. (#125.)  The Government presented the Court with an Arrest Warrant on that date, which the Court issued.  (#121.)

The Government has been informed by the United States Marshal's Office that since the Arrest Warrant will be executed in the federal district where Parker resides, the Southern District of California, additional language is necessary in the warrant to ensure its enforceability there. The requested language is as follows:

> This Arrest Warrant may be executed in any federal district by any officer authorized to make arrests.  The arrestee shall be taken before a United States Magistrate Judge sitting in that district and shall be held in custody without bond and shall be transported to the District of Nevada by the United States Marshals Office.

1     Therefore, the Government requests that the Court issue the modified Arrest Warrant
2 attached hereto as Exhibit A, so that it may be enforced in the Southern District of California.
3     Respectfully submitted this 2nd day of March, 2012.

                                    DANIEL G. BOGDEN
                                    United States Attorney

                          By   /s/
                               ROGER W. WENTHE
                               Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned, an employee of the United States Attorney's Office for the District of Nevada, hereby certifies that service of the foregoing document was made on the following person by the method stated on this date.

CM/ECF

Guy W. Parker
14924 Conchos Dr.
Poway, CA 92064

Dated this 2nd day of March, 2012.

/s/
Roger W. Wenthe
Assistant United States Attorney

# EXHIBIT A

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br><br>*Defendant* | )<br>)   Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:



Date: _____          _____
                                                                                                          *Issuing officer's signature*

City and state: _____          _____
                                                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____          _____
                                                                                                          *Arresting officer's signature*

                                                                        _____
                                                                                                          *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

| Height: _____ | Weight: _____ |
| Sex: _____ | Race: _____ |
| Hair: _____ | Eyes: _____ |

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____