DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUY W. PARKER, ) <br> ) <br> Defendant. ) <br> ) | Case No.    2:08-cv-1200-LDG |

**GOVERNMENT'S MOTION FOR**
**ISSUANCE OF MODIFIED ARREST WARRANT**

Plaintiff the United States, by and through the United States Attorney for the District of Nevada, requests the Court to issue the modified Arrest Warrant attached hereto as Exhibit A, which contains clarifying language requested by the United States Marshal's Office. In support of its motion, the Government presents its attached memorandum of points and authorities.

Respectfully submitted this 2nd day of March, 2012.

                          DANIEL G. BOGDEN
                          United States Attorney

                        By   /s/
                            ROGER W. WENTHE
                            Assistant United States Attorney

1  DANIEL G. BOGDEN
   United States Attorney
2  ROGER W. WENTHE
   Assistant United States Attorney
3  Nevada Bar No. 8920
   333 Las Vegas Blvd. So., #5000
4  Las Vegas, Nevada  89101
   Ph: (702) 388-6336
5  Fax: (702) 388-6787

6  Attorneys for the United States.

7              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
8
   UNITED STATES OF AMERICA,           )
9                                      )
                Plaintiff,              )
10                                     )
   v.                                  ) Case No.   2:08-cv-1200-LDG
11                                     )
   GUY W. PARKER,                      )
12                                     )
                Defendant.              )
13 _____     )

14         **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
                   **GOVERNMENT'S MOTION FOR**
15              **ISSUANCE OF MODIFIED ARREST WARRANT**

16         The Court has ordered that Defendant Guy Parker (Parker) is in civil contempt of court

17 and that he shall be incarcerated until he purges himself of contempt, in an Order dated February

18 24, 2012. (#125.)  The Government presented the Court with an Arrest Warrant on that date,

19 which the Court issued.  (#121.)

20         The Government has been informed by the United States Marshal's Office that since the

21 Arrest Warrant will be executed in the federal district where Parker resides, the Southern District

22 of California, additional language is necessary in the warrant to ensure its enforceability there.

23 The requested language is as follows:

24     This Arrest Warrant may be executed in any federal district by any officer authorized to
       make arrests.  The arrestee shall be taken before a United States Magistrate Judge sitting
25     in that district and shall be held in custody without bond and shall be transported to the
       District of Nevada by the United States Marshals Office.
26

Therefore, the Government requests that the Court issue the modified Arrest Warrant attached hereto as Exhibit A, so that it may be enforced in the Southern District of California.

Respectfully submitted this 2nd day of March, 2012.

                                        DANIEL G. BOGDEN
                                      United States Attorney

                            By  /s/
                                ROGER W. WENTHE
                                Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

DATED THIS 9 day of March, 2012.

                                        Lloyd D. George
                                        Sr. U.S. District Judge