AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Guy Parker | ) | Case No. 2:08-cv-1200-LDG-VCF |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Guy W. Parker

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Contempt of court based on Defendant's failure to comply with the Court's orders requiring him to provide responses to the Plaintiff's Post-Judgment Interrogatories.

This Arrest Warrant may be executed in any federal district by any officer authorized to make arrests. The arrestee shall be taken before a United States Magistrate Judge sitting in that district and shall be held in custody without bond and shall be transported to the District of Nevada by the United States Marshals Office.

Date: 9 MAR 2012

*Issuing officer's signature*

City and state:  Las Vegas, Nevada

Lloyd D. George, Sr. U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/12/12, and the person was arrested on *(date)* 03/14/12
at *(city and state)* S/CA SAN DIEGO

Date: 03/14/12

CLINT WAITE, DUSM

*Arresting officer's signature*

*Printed name and title*

1  DANIEL G. BOGDEN
   United States Attorney
2  ROGER W. WENTHE
   Assistant United States Attorney
3  Nevada Bar No. 8920
   333 Las Vegas Blvd. So., #5000
4  Las Vegas, Nevada  89101
   Ph: (702) 388-6336
5  Fax: (702) 388-6787

6  Attorneys for the United States.

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8
9  UNITED STATES OF AMERICA,       )
                                    )
              Plaintiff,            )
10                                  )
11 v.                               )  Case No.   2:08-cv-1200-LDG
                                    )
   GUY W. PARKER,                   )
12                                  )
              Defendant.            )
13 _____  )

14              GOVERNMENT'S MOTION FOR
         ISSUANCE OF MODIFIED ARREST WARRANT
15
       Plaintiff the United States, by and through the United States Attorney for the District of
16
   Nevada, requests the Court to issue the modified Arrest Warrant attached hereto as Exhibit A,
17
   which contains clarifying language requested by the United States Marshal's Office. In support
18
   of its motion, the Government presents its attached memorandum of points and authorities.
19
       Respectfully submitted this 2nd day of March, 2012.
20
                              DANIEL G. BOGDEN
21                            United States Attorney
22
                              By  /s/
23                                ROGER W. WENTHE
                                  Assistant United States Attorney
24
25
26

DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )  Case No.   2:08-cv-1200-LDG
                                )
GUY W. PARKER,                  )
                                )
        Defendant.              )
_____)

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GOVERNMENT'S MOTION FOR ISSUANCE OF MODIFIED ARREST WARRANT

The Court has ordered that Defendant Guy Parker (Parker) is in civil contempt of court and that he shall be incarcerated until he purges himself of contempt, in an Order dated February 24, 2012. (#125.) The Government presented the Court with an Arrest Warrant on that date, which the Court issued. (#121.)

The Government has been informed by the United States Marshal's Office that since the Arrest Warrant will be executed in the federal district where Parker resides, the Southern District of California, additional language is necessary in the warrant to ensure its enforceability there. The requested language is as follows:

> This Arrest Warrant may be executed in any federal district by any officer authorized to make arrests. The arrestee shall be taken before a United States Magistrate Judge sitting in that district and shall be held in custody without bond and shall be transported to the District of Nevada by the United States Marshals Office.

2

1  Therefore, the Government requests that the Court issue the modified Arrest Warrant
2  attached hereto as Exhibit A, so that it may be enforced in the Southern District of California.
3  Respectfully submitted this 2nd day of March, 2012.

DANIEL G. BOGDEN
United States Attorney

By /s/
ROGER W. WENTHE
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED THIS 9 day of March, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

3