**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   2:08-cv-1200-LDG-LRL |
| GUY W. PARKER, | ) |
| Defendant. | ) |

## **ORDER**

The Court having received and reviewed the United States' Emergency Motion to Release Defendant From Custody, it appearing that Defendant Guy Parker has purged himself of civil contempt of court,

IT IS HEREBY ORDERED, that Guy Parker shall be released from custody forthwith.

Dated: 27 MAR 2012

_____
UNITED STATES DISTRICT JUDGE